# Martin, Disiere, Jefferson & Wisdom, L.L.P.
## ATTORNEYS AT LAW

Niels Esperson Building • 808 Travis Street • 20th Floor • Houston, Texas 77002
Phone: 713-632-1700 • Fax: 713-222-0101 • www.mdjwlaw.com

**JAMIE P. COOPER**
PARTNER
Office (210) 298-2442
e-mail: cooper@mdjwlaw.com
Board Certified • Consumer Law
Texas Board of Legal Specialization

March 21, 2024

**Via Hand Delivery**
Byron Thomas
Case Manager for Judge George C. Hanks, Jr
515 Rusk Street, **Room 5300**
Houston, TX 77002
Via E-Mail: *cm4147@txs.uscourts.gov*

> RE:   Civil Action No. 4:22-cv-02905; *Roberta Barbara v. AmGuard Insurance Company*; in the United States District Court for the Southern District of Texas, Houston Division.

Dear Mr. Thomas:

This case is scheduled for trial on Monday, March 25, 2024 at 1:30 P.M. Pursuant to your orders, Defendant AmGuard Insurance Company submits the following:

- two copies of Joint Trial Notebook.
- two copies of AmGuard's Trial Exhibit Notebooks
- a thumb drive containing AmGuard's Trial Exhibits.

Michael Howard with our firm will deliver these items to you before lunch today. If you have any questions or concerns, please feel free to contact me at (713) 632-1702. Thank you.

Sincerely,

MARTIN, DISIERE, JEFFERSON & WISDOM, LLP

*Lety Cadena*

Lety Cadena,
Paralegal for Counsel for the Defendant, AmGuard Insurance Company, Christopher W. Martin & Jamie P. Cooper