UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERTA BARBARA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-02905 |
| | § | |
| AMGUARD INSURANCE COMPANY, | § | |
| Defendant. | § | |

# **ORDER**

The jury trial set for March 25, 2024 is **CANCELLED** pending the Court's ruling on Defendant AmGuard Insurance Company's Motion for Judgment (Dkt. 15).

SIGNED at Houston, Texas on March 21, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE